# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION
### No. 1:23-cv-00722-CCE-JLW

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| HOOTERS OF AMERICA, LLC | ) ) ) |
| Defendant. | ) ) ) ) |

JOINT NOTICE OF SETTLEMENT

## JOINT NOTICE OF SETTLEMENT

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendant Hooters of America, LLC ("Hooters") notifies the Court that they have reached an agreement to settle this action. The Parties anticipate filing a Joint Motion for Entry of the Consent Decree and a proposed Consent Decree no later than Monday, October 21, 2024.

**COUNSEL FOR PLAINTIFF**

*/s/ Samuel H. Williams*
SAMUEL H. WILLIAMS
N.C. State Bar No. 49622
Samuel.Williams@eeoc.gov
EEOC, Raleigh Area Office
434 Fayetteville St, Suite 700
Raleigh, NC 27601
Telephone: (984) 275-4820
Facsimile: (704) 954-6412

TAITTIONA MILES, Trial Attorney
N.C. State Bar No. 50879
taittiona.miles@eeoc.gov
EEOC, Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202

**COUNSEL FOR DEFENDANT:**

*/s/ Richard J. Mrizek*
RICHARD J. MRIZEK
ARDC No. 6237730
*Special Appearance per L.R. 83.1(d)(1)
Richard.Mrizek@jacksonlewis.com
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Telephone: 312-803-2569

M. ROBIN DAVIS
N.C. State Bar No. 21655
Robin.Davis@jacksonlewis.com
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612

1

Telephone: (980) 296-1301  Telephone: 919-760-6460
Facsimile: (704) 954-6412

DAMÓN GRAY II
N.C. State Bar No. 50740
Damon.Gray@jacksonlewis.com
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: 984-263-3610