IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:24-cv-00722-CCE-JLW

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) |  |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION FOR |
| v. | ) | ENTRY OF CONSENT DECREE |
| HOOTERS OF AMERICA, LLC | ) |  |
| Defendant. | ) |  |

Plaintiff Equal Employment Opportunity Commission (the "EEOC") and Defendant Hooters of America, LLC ("Hooters") respectfully move this Court for entry of the attached Consent Decree. The Consent Decree has been agreed upon by the parties at a mediation in this matter conducted on October 16, 2024 by mediator Angela Gray, and is submitted herewith. The terms of the Consent Decree are intended as a complete resolution of all matters in controversy between the EEOC and Hooters, as fully set forth in the proposed Consent Decree which is filed as an Exhibit to this Motion.

Wherefore, the Parties move this Honorable Court for entry of the proposed Consent Decree.

Respectfully submitted this the 18th day of October, 2024.

*Endorsements on the following page.*

1

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT: |
|---|---|
| */s/ Taittiona Miles*<br>TAITTIONA MILES<br>N.C. State Bar No. 50879<br>taittiona.miles@eeoc.gov<br>EEOC, Charlotte District Office<br>129 West Trade Street, Suite 400<br>Charlotte, NC 28202<br>Telephone: (980) 296-1301<br>Facsimile: (704) 954-6412 | */s/ Richard J. Mrizek*<br>RICHARD J. MRIZEK<br>ARDC No. 6237730<br>*Special Appearance per L.R. 83.1(d)(1)<br>Richard.Mrizek@jacksonlewis.com<br>Jackson Lewis P.C.<br>150 North Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>Telephone: 312-803-2569 |
| */s/ Samuel H. Williams*<br>SAMUEL H. WILLIAMS<br>N.C. State Bar No. 49622<br>Samuel.Williams@eeoc.gov<br>EEOC, Raleigh Area Office<br>434 Fayetteville St, Suite 700<br>Raleigh, NC 27601<br>Telephone: (984) 275-4820<br>Facsimile: (704) 954-6412 | M. ROBIN DAVIS<br>N.C. State Bar No. 21655<br>Robin.Davis@jacksonlewis.com<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue, Suite 450<br>Raleigh, NC 27612<br>Telephone: 919-760-6460<br><br>DAMÓN GRAY II<br>N.C. State Bar No. 50740<br>Damon.Gray@jacksonlewis.com<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue, Suite 450<br>Raleigh, NC 27612<br>Telephone: 984-263-3610 |